

# NUMBER 13-14-00309-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**WILLIAM DAVID PARSONS,**                                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                 **Appellee.**

### On appeal from the 36th District Court
### of San Patricio County, Texas.

# ORDER TO FILE BRIEF

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the State's second motion for extension of time to file the brief in this matter. The State's brief in this matter was originally due on January 7, 2015. The State has previously requested and received one prior extension of time to file the brief.

The Court, having fully examined and considered the extension previously granted in this cause, is of the opinion that the State's motion for extension of time should be granted with order.

Accordingly, we GRANT the State's second motion for extension of time and ORDER the State to file the brief on or before April 8, 2015.   No further extensions will be granted absent exigent circumstances.


PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of March, 2015.

2